# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2022-1350
_____

ROBERT F. WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the County Court for Leon County.
Monique Richardson, Judge.

January 10, 2024

PER CURIAM.

AFFIRMED. *See* § 90.953, Fla. Stat. (allowing for the use of duplicate recordings as evidence unless a genuine question is raised about its authenticity) *and Parks v. State,* 371 So. 3d 392 (Fla. 1st DCA 2023) (allowing the trial court to assess a mandatory prosecution cost in the absence of a request by the State).

OSTERHAUS, C.J., and ROWE and BILBREY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Tyler Kemper Payne, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, Christina Piotrowski, and Adam B. Wilson, Assistant Attorneys General, Tallahassee, for Appellee.